FILED
2017 May-09 AM 10:43
U.S. DISTRICT COURT
N.D. OF ALABAMA



FILED
2017 MAY -8 P 12:45
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

Leander Calhoun # 198389
**Plaintiff**
*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

1:17-cv-00742-VEH-JHE

Sueing the) The City of Talladega Municipal (official) Jail of Talladega County. And in its individual compacity And officer Ken Sisk of Talladega Jail et al; in his individual And personal compacity
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name: Leander Calhoun

All other names by which you have been known:

ID Number: 198389

Current Institution: Kilby Correction Facility

Address: P.O. Box 150 Mount Meigs

Montgomery (City) Alabama (State) 36057 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Officer Ken Sisk

Job or Title *(if known)*: Police investigator

Shield Number: 061020

Employer: Talladega Police Dept. of the City Municipality

Address: 303 South Court St

Talladega (City) AL (State) 35160 (Zip Code)

☑ Individual Capacity ☑ Official Capacity

Defendant No. 2

Name: Talladega City Police Department Et. al;

Job or Title *(if known)*:

Shield Number:

Employer:

Address: 303 South Court St.

Talladega (City) AL (State) 35160 (Zip Code)

☐ Individual Capacity ☑ Official Capacity

Defendant No. 3

Name N/A

Job or Title *(if known)*

Shield Number

Employer

Address

City | State | Zip Code

☐ Individual Capacity ☐ Official Capacity

Defendant No. 4

Name N/A

Job or Title *(if known)*

Shield Number

Employer

Address

City | State | Zip Code

☐ Individual Capacity ☐ Official Capacity

**II. Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14th Amendment Equal protection of Law, Due Process And Eigth (8th Amendment, Cruel & unusual punishment For False Claim Against Petitioner's Rights to Freedom, And Petitioner's Fourth Amendment.. See Exhibit A- B- and C

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Fouth Amendment, 14th Amendment And the 8th Amendment of his Constitutional Right(s).

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each went beyond their Duty And Acted under Color of Federal Law See: Attach page listed under Exhibit "B"

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial Detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* __________

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

While I was Free And working As A Car Dealer Deleivery person And Stopped for A Simple Traffic ticket unpaid, Then charges was brought Against Petitioner under False statments brought by both officer's instead of Victim.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

C. What date and approximate time did the events giving rise to your claim(s) occur?

on the 16th of December 1996 Location at Jackson Trace Texaco Talladega, Al 35160

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

No witness Except Captured on Video, See Attach Statement Listed under Affidavit Notarized,

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

None

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm requesting for the court to review My Claim thats Showing Plaintiff was convicted and Sentence under False statements given by officer Sisk and officer Cooley through the Complaint Form being signed by officer Sisk, but both officer carried out and signed the Warrant. therefore I'm asking this court to Award Plaintiff Damages for Compensatory, punitive and General Damages based on Mental Anguishment, Stress, etc. And I'm sueing each office in their Individual and personal Compacity for the Amount of $500,000 EA upon this suit being granted in favor of the Plaintiff.

See All Attached Exhibits to Show Evidence for this Said Plaintiff Allegations Submitted,

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes While I was inside the Jail

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

______________________________________________

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

______________________________________________

______________________________________________

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

N/A

2. What did you claim in your grievance?

N/A

3. What was the result, if any?

N/A.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

None until Now

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ______

   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes

   ☒ No

If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: LEANDER CALHOUN AIS# 198389 H56A

Prison Identification #: P.O. Box 150

Prison Address: Kilby Corr. Fac.

Mt Meigs (*City*) AL (*State*) 36057 (*Zip Code*)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 01 2017 (Date)

Leander Calhoun
Signature of Plaintiff

Exh. Bit - (A)

# AFFIDAVIT

ON or About 16th Dec 1996 Approximately 1.00pm I, Mr. Leander Calhoun WAS ON my Job, working For the Company NAME Cooks Auto Sales when I was Notified by My Boss to stop what I was doing And return to the shop/or go straight to the JAil of Talladega Co. Concerning A warrant that had been place Against Mr. Calhoun for his Arrest, Although Mr. Calhoun was under the impression that the warrant was for an Outstanding traffic ticket" once (he) Mr. Calhoun Arrived At the JAil for processing of the Warrant, Also the ticket was to be for Driving without Drivers License As well. The Warrant was placed ON Mr. Calhoun by officer WREN Cooley of the Talladega police Dept. Municipal Court Div. Once Mr. Calhoun was booked into the Talladega Co. JAil for the unpaid ticket, officer Ken Sisk instructed officer

Exhibit -(A)

Cooley to bring Mr. Calhoun over to the investigation unit office, And Mr. Calhoun WAS question once he Arrived At the investigation office; About A incident that was Alleged to have happen At the Texaco Station on Jackson Trace Rd. in which I, Mr. Calhoun gave each officer present A full testimony of what Actually happen. I, Mr. Calhoun informed the officers that, there WAS A Video Present, for them to retreive the Video for strict proof of Any Allegation Made Against Mr. Calhoun, to prove Mr. Calhoun innocence The Accuser of the incident Ms. Carla Marie Fulmer Evidently told the police I, Mr. Calhoun that I Attempted to remove her Clothing, And Rape her, So. officer Cooley and Sisk tape the Confisation between Myself And (them) officer's. So, the officer's took my shirt And pants for Evidence, then Sent (Me) Mr. calhoun

Exhibit (A)

home without any pants on his body, Nor (his) Mr. Calhoun's Shirt that (he) Mr. Calhoun wore inside of the Talladega Jail. After I Mr. Calhoun was ordered to return to the Jail after questioning I was Finger printed, picture taken, and Let go free.

Notary Public

Sworn to and Subscribed before Me on this the 25th day of April 2017.

Leander Calhoun #198389
Ais #

[signature]
Notary Public

My Commission Expires: 4/13/20

Exhibit - B

ACSU370 ALABAMA JUDICIAL INFORMATION SYSTEM CASE: CC 97 000315.00
OPER: CAC CASE ACTION SUMMARY
PAGE: 1 CIRCUIT CRIMINAL RUN DATE: 10/16/97

IN THE CIRCUIT COURT OF TALLADEGA JUDGE: XXX

STATE OF ALABAMA VS CALHOUN LEANDER
3425 PROVIDENCE ROAD
CASE: CC 97 000315.00
TALLADEGA, AL 35160 0000

DOB: 04/19/65 SEX: M RACE: B HT: 0 00 WT: 000 HR: EYES:
SSN: 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 ALIAS NAMES:

CHARGE1: RAPE 1ST DEGREE-ATTE CODE1: ARP1 LIT: RAPE 1ST DEGREE TYP: F
MORE?: OFFENSE DATE: 12/16/96 AGENCY/OFFICER: 061020 SISK

DATE WAR/CAP ISS: DATE ARRESTED: 01/06/97
DATE INDICTED: 10/15/97 DATE FILED: 10/15/97
DATE RELEASED: 01/06/97 DATE HEARING:
BOND AMOUNT: $10,000.00 SURETIES: PROPERTY

DATE 1: 10/29/97 DESC: ARRG TIME: 0100 P
DATE 2: DESC: TIME: 0000

B/m/32/Cowles/grandis

DEF/ATY: FANNIN, JEB STUART TYPE: A TYPE:
PROSECUTOR: RUMSEY, ROBERT L, III

OTH CSE: CHK/TICKET NO: GRAND JURY: 2
COURT REPORTER: SID NO: No 1 Prior
DEF STATUS: BOND DEMAND: 1 Attempted Rape OPER: CAC

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 10/29/97 | Defendant, by and through his attorney, files a Written Waiver of Arraignment and Not Guilty plea. |
| | [signature] JULIAN M. KING CIRCUIT JUDGE |
| 1/05/98 | Defendant comes forward with counsel and withdraws his not guilty plea and pleads guilty to the charge in the indictment. |
| | [signature] JERRY L. FIELDING PRESIDING CIRCUIT JUDGE |

Exhibit B Attachment #2

State of Alabama
Unified Judicial System
Form CR-31 Rev. 8/97

# APPEAL BOND
(To the Court of Criminal Appeals)

Case Number CC-97-315

IN THE Circuit COURT OF Talladega, ALABAMA

STATE OF ALABAMA v. Leander Calhoun
Defendant

I, Leander Calhoun (Defendant), as principal, and (we), Clarence Cook and Sonny Cook
(please print)

as surety(ies), agree to pay the State of Alabama the sum of $25,000.00 and such costs as authorized by law unless the above named defendant appears before the Court of Criminal Appeals at the scheduled date and time.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama and our rights to homestead exemptions that we have under the *Constitution of Alabama* and the laws of the State of Alabama, as set out in a separate writing.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that, whereas, the above-named defendant was on the 5th day of January, 1998, convicted in the above-named court, for the offense of Attempted Rape First Degree and on the 30th day of April, 1998 was sentenced to a term of 20 years years in the penitentiary, from which sentence the above-named defendant has this day prayed and obtained an appeal to the Court of Criminal Appeals of Alabama.

NOW, IF THE ABOVE-NAMED DEFENDANT shall appear and abide by such judgment as may be rendered by the Court of Criminal Appeals, and if the judgment of conviction is affirmed, or the appeal is dismissed, the defendant shall surrender himself to the sheriff of the county, at the county jail within fifteen days from the issuance of the certificate of judgment affirming or dismissing the appeal, then this obligation will be null and void, otherwise to remain in full force and effect.

Given under our hands and seals, this the ________ day of ____________________, 19______

x Leander Calhoun (L.S.)
Signature of Principal (Defendant)

3425 Providence Tall. Al. 35168
Address

Approved this 8th

Day of May, 1998

Clarence Haynes
Clerk of the Circuit Court

98 MAY -8 AM 9:55
CLARENCE HAYNES
CIRCUIT CLERK

Clarence Cook (L.S.)
Signature of Surety

708 Patricia Lane Talladega Ala 35160
Address

Clar C Corbitt (L.S.)
Signature of Surety

1141 Stant Lane Talladega Ala
Address

Exhibit - B

AFFIDAVIT AND WARRANT OF ARREST

THE STATE OF ALABAMA, TALLADEGA COUNTY

DISTRICT COURT OF TALLADEGA COUNTY, ALABAMA

# COMPLAINT

Before me, the undersigned authority, personally appeared Ken Sisk, who being duly sworn, says on oath that he has probable cause for believing, and does believe, that in said county and State, on or about the 16th day of December, 1996, one Leander Calhoun, did, with the intent to commit the crime of Rape, Section 13A-6-61 of the Code of Alabama attempt to commit said offense by to-wit: grabbing Carla Marie Fulmer, forcing her into a bathroom, attempting to remove a portion of her clothing, in violation of §13A-4-2 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

Ken Sisk

Sworn to and subscribed before me this the ~~2nd~~ 3rd day of January, 1997 KS JMK

[X] Judge [ ] Clerk [ ] Magistrate

## STATE OF ALABAMA, TALLADEGA COUNTY — WRIT OF ARREST

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA — GREETINGS:

You are hereby commanded to arrest: Leander Calhoun

and commit him to jail unless he gives bond in the sum of $10,000.00 for his appearance in this Court on the 21st day of January, 1997, to answer the State of Alabama on a charge of Attempt Rape

preferred by Ken Sisk

Dated this the ~~2nd~~ 3rd day of January, 19~~96~~ 97 KS JMK

[X] Judge [ ] Clerk [ ] Magistrate

State's Witnesses Ken Sisk, T.P.D.

FILED 1-7-97

SHERIFF JERRY STUDDARD

BDM/srh

Exhibit - (B)

No. DC-97-014

## AFFIDAVIT AND WARRANT OF ARREST

**THE STATE OF ALABAMA**

**vs.**

Leander Calhoun

3425 Providence Road

Talladega, AL 35160

B/M
DOB: 4-19-65
SSN# 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

Served
1-6-97
Ken Fish
Wren Cooley
Talladega P.D.

# STATEMENT OF CLAIM

Plaintiff Submits this Claim Against Defendant's Listed in this 1983 U.S.C Federal Lawsuit following the reasons Submitted for this Cause under Rule 12(b)(6) invokeing the protection of the plaintiff's Claim "Not" barring plaintiff's Statute, And Ask this Court to grant plaintiff's petition/Lawsuit for process, Due to indigent Status plaintiff Aquired from the A.D.O.C Administration, to proceed in informa pauperis concerning this Claim...

(a) This in regard to deterring Law enforcement officials As they Attempt to obtain Evidence to Attempt to discredit Petitioner's Claim, Concerning the charges brought Against the Plaintiff, which would Violate Plaintiff's 8th Amendment, 4th Amendment And 14 Amendment of the United States Constitutional Rights, Where Plaintiff Claim he was Falsley Accused of A charge he never committed, without Evidence to Confirm the elements he was charged under.

State of Alabama
Unified Judicial System

Form ARCivP-93 Rev. 1/94

# COVER SHEET
## CIRCUIT COURT – CIVIL CASE
(Not For Domestic Relations Case)

Case Number: C V

Date of Filing: Month Day Year

Judge Code:

## GENERAL INFORMATION

IN THE ~~CIRCUIT~~ District COURT OF Northern District of Alabama, Huge Bik build COUNTY, ALABAMA

LEANDER CALHOUN AIS# 198389 v. City of Talladega County, Municipal Jail And officer Ken Sisk et.al,

PLAINTIFF DEFENDANT

First Plaintiff ☐ Business ☑ Individual ☑ Government ☐ Other

First Defendant ☐ Business ☑ Individual ☑ Government ☐ Other

## NATURE OF SUIT:

In the column of boxes preceding the categories listed below, number the boxes (in order of priority; one = highest priority) that best describes or categorizes the basis or theory of your suit. You may number up to five case types.

TORTS PERSONAL INJURY
- ß WDEA - Wrongful Death
- µ TONG - Negligence: General
- µ TOMV - Negligence: Motor Vehicle
- µ TOWA - Wantonness
- µ TOPL - Product Liability/AEMLD
- µ TOMM - Malpractice-Medical
- µ TOLM - Malpractice-Legal
- µ TOOM - Malpracatice-Other
- µ TOXX - Other: 1983 U.S.C. Lawsuit

TORTS PROPERTY INJURY
- µ TOPE - Personal Property
- µ TORE - Real Property

- µ RPRO - Real Property
- µ ACCT - Account & Non-Mortgage
- µ COXX - Contract: All Other
- ✓ CVRT - Civil Rights
- µ WTEG - Wills/Trusts/Estates/Guardianships
- µ EQND - Non-Damage Actions (Declaratory Judgment, Injunction)
- µ MSHC - Habeas Corpus/Extraordinary Writ
- µ ADPA - Admin. Procedure Act
- µ FELA - Railroad/Seaman (FELA)
- µ COMP - Worker's Compensation
- µ COND - Condemnation (Fruits of Crime, Rt of Way, Aband.Veh.)
- µ CVXX - Other: Civil Rights Violation

ORIGIN (check one): F ✓ INITIAL FILING  A µ APPEAL FROM DISTRICT COURT  O µ OTHER: ______

R µ REMANDED  T µ TRANSFERRED FROM OTHER CIRCUIT COURT

HAS A JURY TRIAL BEEN DEMANDED? µ YES µ NO

Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, ARCP, for procedure)

RELIEF REQUESTED: $ 500,000 Compensatory  $ Ø Generalized $1,000,000

$ 500,000 Punitive  µ NO MONETARY AWARD REQUESTED

ATTORNEY CODE: ☐☐☐☐☐☐

MAY 01, 2017
Date

Leander Calhoun
Signature of Attorney/Party filing this form

## DISPOSTITION DATA (TO BE COMPLETED BY THE COURT)

DISPOSITION DATE: Month Day Year

ADMINISTRATIVE DOCKET: Month Day Year

TRIAL BEGUN NO VERDICT: Month Day Year

JUDGE TAKING FINAL ACTION: Judge Code

JUDGMENT FOR PLAINTIFF

Type:
- F ± Default
- A ± Consent
- M ± Summary
- N ± Bench Trial
- J ± Jury Trial
- O ± Other: ______

Amount
- $ ______ Compensatory
- $ ______ Punitive
- $ ______ General
- ☐ NO MONETARY AWARD

JUDGMENT FOR DEFENDANT

Type:
- F ± Default
- A ± Consent
- M ± Summary
- N ± Bench Trial
- J ± Jury Trial
- O ± Other: ______

Amount
- $ ______ Compensatory
- $ ______ Punitive
- $ ______ General
- ☐ NO MONETARY AWARD

DISMISSALS
- R ± Dismissed With Prejudice
- P ± Dismissed Without Prejudice
- S ± Prejudice
- T ± Transferred to Other Circuit/Venue
- O ± Other: ______

TRIAL BEGAN Month Day Year

TRIAL ENDED Month Day Year

Number of Trial Days:

State of Alabama
Unified Judicial System

Form C-34 Rev 6/88

# SUMMONS
# -CIVIL-

Case Number

IN THE Circuit COURT OF Talladega Municipal Alabama COUNTY

Plaintiff Leander Calhoun 198389 v. Defendant officer Ken Sisk Badge # 061620

NOTICE TO Talladega City Jail 303 South Court St. Talladega, Al 35160

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THE COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY Leander Calhoun 198389 H-56A WHOSE

ADDRESS IS P.O. Box 150 Mt. Meigs, Al 36057.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure;

☑ You are hereby commanded to serve this summons and a copy of the complaint in the action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of ________________ pursuant to the Alabama Rules of Civil Procedure.

Date ________________ ________________ By: ________
Clerk/Register

☑ Certified Mail is hereby requested.

Leander Calhoun
Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on ________________
(Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to

________________ in ________________ County,

Alabama on ________________
(Date)

________________ ________________
Date Server's Signature

________________ ________________
Address of Server Type of Process Server

State of Alabama
Unified Judicial System

Form C-34 Rev 6/88

# SUMMONS
# -CIVIL-

Case Number

IN THE Circuit / District COURT OF Talladega Municipal ct COUNTY

Plaintiff Leander Calhoun 198389 v. Defendant officer Wren Cooley

NOTICE TO Talladega City Jail 303 South Court St Talladega Al 35160

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THE COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY Leander Calhoun 198389 H-56A WHOSE

ADDRESS IS PO Box 150 Mt. Meigs, Al 36057.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure;

☒ You are hereby commanded to serve this summons and a copy of the complaint in the action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of ____________ pursuant to the Alabama Rules of Civil Procedure.

Date ____________ ____________ By: ________
Clerk/Register

---

☒ Certified Mail is hereby requested.

Leander Calhoun
Plaintiff's/Attorney's Signature

---

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on ____________
(Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to

____________ in ____________ County,

Alabama on ____________
(Date)

____________ ____________
Date Server's Signature

____________ ____________
Address of Server Type of Process Server

____________